UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2014 SEP 16 P 12:

LAWRENCE ALAN HABERMAN
  Plaintiff

-vs-

CIVIL ACTION NO.
14-11861-MBB

MFS INVESTMENT MANAGEMENT
  Defendant

DATE: September 9, 2014

THE PLAINTIFF'S OBJECTION TO THE DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM

Now comes the Plaintiff here Lawrence Alan Haberman in this the Plaintiff's objection to the Defendant's motion to dismiss the Plaintiff's Civil Action Complaint in Civil Action case Number 14-11861-MBB.

THE Defendant MFS Investment Management in its motion dated August 29, 2014 is lawfully incorrect in its assumption that the Plaintiff's civil action complaint in case # 14-11861-MBB fails to state a claim upon which relief may be granted.

The Plaintiff here Lawrence Alan Haberman has lawfully clearly stated a claim upon which relief may be granted in civil action Number 14-11861-MBB.

In violation of the plaintiff's criminal procedure rights of due process of law the defendant MFS Investment Management did unlawfully without any U.S. Congressional authorized authority did relinquish and send to the U.S. DEA, the complete and total monetary funds amount in MFS Investment Management account of the plaintiff Lawrence Alan Haberman in account numbers xxxx 8200, xx/xxxx 9611, xx/xxxxx 6768, xx/xxxxxx 3034, xx/xxxx 8390, and xx/xxxx 6806

The defendant MFS Investment Management had no lawful authority to relinquish the plaintiff's Investment account fund to the U.S. DEA.

MFS Investment Management present attorney Gregory F. Noonan is of the mistaken, unfounded, unlawful belief that MFS Investment Management did have a lawful seizure warrant issued to MFS from the U.S. DEA that authorized MFS Investment Management to relinquish and send to the U.S. DEA the total monetary funds that was being managed by MFS in the investment account of the plaintiff here Lawrence Alan Haberman.

It appears MFS Management attorney Gregory F. Noonan is confused as to what was the court issued directed order of United States Magistrate Judge Charles Bleil, in the Magistrate Judge signed seizure warrant to the U.S. DEA dated November 20, 2007.

The seizure warrant signed and issued by U.S. Magistrate Judge Charles Bleil to the U.S. DEA dated 11/20/2007,

(2)

did specifically and clearly state from U.S. Magistrate Judge Charles Bliel that the magistrate judge did believe that in the Northern District of Texas there was now certain property which is subject to forfeiture to the U.S. namely found on deposit and credited to MFS Investment Management in account numbers 7/xxxx8200, 12/xxxx9611, 14/xxxx6768, 92/xxxxx3034, 12/xxxx9390, 14/x6806 in the name of Lawrence Alan Haberman, the plaintiff here.

MFS Investment Management is not a corporation located in the Northern District of Texas. MFS Management Investment is a corporation located in the State of Massachusetts. The plaintiff here Lawrence Alan Haberman's MFS Investment Management accounts in account # 7/xxxx8200, 12/xxxx9611, 14/xxxx6768, 92/xxxxxx3034, 12/xxxx9390, and 14/xxxx6806 in the date and year of the signed issued seizure warrant, were not and did not exist in the Northern District of Texas but did exist in the State of Massachusett Corporate office. As such therefor MFS Investment Management paralegal representative Ms. Arlene Cox had no lawful U.S. Congressional authority to relinquish and send to the U.S. DEA the total and complete monetary funds amount of the plaintiff's Lawrence Alan Haberman being then managed by MFS Investment Management, when the U.S. Magistrate seizure warrant only authorize the seizure of the plaintiff's property located in the Northern District of Texas.

#(3)

warrant date November 20, 2007, that property only in the Northern District of Texas belonging to the plaintiff here Lawrence Alan Haberman was to be seized and no where else in the magistrate warrant did the magistrate judge authorize outside of the Northern District of Texas the seizure of the plaintiff's property. MFS Investment Management had no lawful authority to release the investment funds of the plaintiff here from it State of Massachusett corporate office to the U.S. DEA.

## CONCLUSION

MFS INVESTMENT MANAGEMENT IS IN CLEAR VIOLATION of the plaintiff Lawrence Alan Haberman's Criminal Procedure rights of Due Process of Law in civil action case Number 14-11861-MBB. MFS Investment Management did not have any lawful authority to relinquish the plaintiff's investment monetary funds. MFS Investment Management did comply to an invalid submitted seizure warrant. MFS Investment Management is legally liable for the charged misconduct in United States District Court civil action Number 14-11861-MBB. MFS Investment Management did not act in accordance to any United States of America Congressional authorized law when it unlawfully relinquish the plaintiff's monetary funds.

The plaintiff here Lawrence Alan Haberman in civil action case # 14-11861-MBB has clearly and lawfully presented and stated a claim upon which relief can be granted. As such therefor it is the respectful

(5)

request of the plaintiff here Lawrence Alan Haberman, that this Honorable United States District Court do deny the defendant MFS Investment Management motion to Dismiss, and issue a Court order that United States District Court civil action case number 14-11861-MBB, proceed to a jury trial.

Respectfully Submitted
The plaintiff

(PRINT NAME) Lawrence Alan Haberman
(SIGNATURE) *Lawrence Alan Haberman*

(Address) FCI Marianna
Federal Correctional Institution
P.O. Box 7007
Marianna, FLA 32447

(DATED) September 9, 2014

CERTIFICATION

I the plaintiff here Lawrence Alan Haberman, hereby does truthfully state, that a copy of this the plaintiff's objection motion to the Defendant's motion to Dismiss was mailed postage prepaid on this date of          to MFS Investment Management attorney Gregory F. Noonan. whose address is located at:
100 High St. 20th Floor
Boston, MA 02110

Respectfully Submitted
The plaintiff, Lawrence Alan Haberman
*Lawrence Alan Haberman*

DATED: September 9, 2014           (6)

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

In the Matter of the Seizure of funds § SEIZURE WARRANT
on deposit and credited to MFS Investment §
Management, account number X/XXXX8200, § CASE NUMBER
in the name of or belonging to Lawrence §
Haberman. 4:07-260-MJ

TO: Kevin K. Brown and any Authorized Officer of the United States:

Affidavit having been made before me by Drug Enforcement Administration Task Force Officer Kevin K. Brown, who has reason to believe that in the Northern District of Texas there is now certain property which is subject to forfeiture to the United States, namely funds on deposit and credited to MFS Investment Management, account number X/XXXX8200, in the name of or belonging to Lawrence Haberman.

I am satisfied that the affidavit established probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime - 6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to United States Magistrate Judge Charles Bleil as required by law.

November 20, 2007                    at   Fort Worth, Texas
Date                                       City and State

CHARLES BLEIL                              /s/ Charles Bleil
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer         Signature of Judicial Officer

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In the Matter of the Seizure of funds on deposit and credited to MFS Investment Management, account number xx/xxxx9611, in the name of or belonging to Lawrence Haberman. | § § § § | SEIZURE WARRANT<br><br>CASE NUMBER<br>4:07-259-MJ |

TO:   Kevin K. Brown and any Authorized Officer of the United States:

Affidavit having been made before me by Drug Enforcement Administration Task Force Officer Kevin K. Brown, who has reason to believe that in the Northern District of Texas there is now certain property which is subject to forfeiture to the United States, namely funds on deposit and credited to MFS Investment Management, account number XX/XXXX9611, in the name of or belonging to Lawrence Haberman.

I am satisfied that the affidavit established probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime - 6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to United States Magistrate Judge Charles Bleil as required by law.

November 20, 2007                    at   Fort Worth, Texas
Date                                              City and State

CHARLES BLEIL
UNITED STATES MAGISTRATE JUDGE                 /s/ Charles Bleil
Name and Title of Judicial Officer                Signature of Judicial Officer

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In the Matter of the Seizure of funds on deposit and credited to MFS Investment Management, account number xx/xxxx6768, in the name of or belonging to Lawrence Haberman. | § § § § | SEIZURE WARRANT<br><br>CASE NUMBER<br>4:07-262-MJ |

TO: Kevin K. Brown and any Authorized Officer of the United States:

Affidavit having been made before me by Drug Enforcement Administration Task Force Officer Kevin K. Brown, who has reason to believe that in the Northern District of Texas there is now certain property which is subject to forfeiture to the United States, namely funds on deposit and credited to MFS Investment Management, account number XX/XXXX6768, in the name of or belonging to Lawrence Haberman.

I am satisfied that the affidavit established probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime - 6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to United States Magistrate Judge Charles Bleil as required by law.

November 20, 2007                            at Fort Worth, Texas
Date                                         City and State

CHARLES BLEIL
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer           Signature of Judicial Officer

ORIGINAL

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In the Matter of the Seizure of funds on deposit and credited to MFS Investment Management, account number xx/xxxxxx3034, in the name of or belonging to Lawrence Haberman. | § § § § | SEIZURE WARRANT<br><br>CASE NUMBER<br>4:07-264-MJ |

TO: Kevin K. Brown and any Authorized Officer of the United States:

Affidavit having been made before me by Drug Enforcement Administration Task Force Officer Kevin K. Brown, who has reason to believe that in the Northern District of Texas there is now certain property which is subject to forfeiture to the United States, namely funds on deposit and credited to MFS Investment Management, account number XX/XXXXXX3034, in the name of or belonging to Lawrence Haberman.

I am satisfied that the affidavit established probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime - 6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to United States Magistrate Judge Charles Bleil as required by law.

November 20, 2007                    at  Fort Worth, Texas
Date                                 City and State

CHARLES BLEIL                        /s/ Chas Bleil
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer   Signature of Judicial Officer

ORIGINAL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In the Matter of the Seizure of funds on deposit and credited to MFS Investment Management, account number xx/xxxx9390, in the name of or belonging to Lawrence Haberman. | § § § § | SEIZURE WARRANT<br><br>CASE NUMBER<br>4:07-261-MJ |

TO: Kevin K. Brown and any Authorized Officer of the United States:

Affidavit having been made before me by Drug Enforcement Administration Task Force Officer Kevin K. Brown, who has reason to believe that in the Northern District of Texas there is now certain property which is subject to forfeiture to the United States, namely funds on deposit and credited to MFS Investment Management, account number XX/XXXX9390, in the name of or belonging to Lawrence Haberman.

I am satisfied that the affidavit established probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime - 6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to United States Magistrate Judge Charles Bleil as required by law.

November 26, 2007          at Fort Worth, Texas
Date                                   City and State

CHARLES BLEIL
UNITED STATES MAGISTRATE JUDGE                    _[signature]_
Name and Title of Judicial Officer          Signature of Judicial Officer

**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In the Matter of the Seizure of funds on deposit and credited to MFS Investment Management, account number xx/xxxx6806, in the name of or belonging to Lawrence Haberman. | § § § § § | SEIZURE WARRANT<br><br>CASE NUMBER<br><br>4:07-263-MJ |

TO:   Kevin K. Brown and any Authorized Officer of the United States:

Affidavit having been made before me by Drug Enforcement Administration Task Force Officer Kevin K. Brown, who has reason to believe that in the Northern District of Texas there is now certain property which is subject to forfeiture to the United States, namely funds on deposit and credited to MFS Investment Management, account number XX/XXXX6806, in the name of or belonging to Lawrence Haberman.

I am satisfied that the affidavit established probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime - 6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to United States Magistrate Judge Charles Bleil as required by law.

November 20, 2007                          at   Fort Worth, Texas
Date                                                 City and State

CHARLES BLEIL                                   _[signature]_
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer           Signature of Judicial Officer